1  JENNIE PASQUARELLA, SBN 263241
   Email: jpasquarella@aclu-sc.org
2  MARK D. ROSENBAUM, SBN 59940
   Email: mrosenbaum@aclu-sc.org
3  ACLU Foundation of Southern California
4  1313 W. 8th Street
   Los Angeles, California 90017
5  Telephone: (213) 977-9500, x236
   Facsimile: (213) 977-5297
6

7  BRADLEY S. PHILLIPS, SBN 085263
   Email: brad.phillips@mto.com
8  JONATHAN E. ALTMAN, SBN 170607
   Email: jonathan.Altman@mto.com
9  LAURA D. SMOLOWE, SBN 263012
   Email: laura.smolowe@mto.com
10 Munger, Tolles & Olson LLP
11 355 South Grand Avenue
   Los Angeles, California 90071
12 Telephone: (213) 683-9262
   Facsimile: (213) 683-5162
13

14 Attorneys for Plaintiffs Nadine Chlubna, Keith Greene,
   Alejandra Solana, Jade Gilbert, Lisa and Thomas Martin
15

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| NADINE CHLUBNA et al. | ) Case No. CV 09-5046 GW (E) |
|---|---|
| Plaintiffs, | ) **[PROPOSED] ORDER** |
| vs. | ) **REGARDING EXTENSION OF** |
|  | ) **TIME FOR PARTIES TO FILE** |
| CITY OF SANTA MONICA et al. | ) **INITIAL DISCLOSURES AND FOR** |
|  | ) **PLAINTIFFS TO FILE THEIR** |
| Defendants. | ) **MOTION FOR CLASS** |
|  | ) **CERTIFICATION** |

8973823.1

[Proposed] Order Regarding Extension of Initial Disclosures and Class Certification Deadlines

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline to file initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) be extended to October 29, 2009, and that the deadline for Plaintiffs to file their motion for class certification be extended to October 29, 2009.

**IT IS SO ORDERED.**

DATED: _____     By: _____
                                  Honorable George H. Wu

8973823.1 — - 2 - — [Proposed] Order Regarding Extension of Initial Disclosures and Class Certification Deadlines