JENNIE PASQUARELLA, SBN 263241
Email: jpasquarella@aclu-sc.org
MARK D. ROSENBAUM, SBN 59940
Email: mrosenbaum@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500, x236
Facsimile: (213) 977-5297

BRADLEY S. PHILLIPS, SBN 085263
Email: brad.phillips@mto.com
JONATHAN E. ALTMAN, SBN 170607
Email: jonathan.altman@mto.com
LAURA D. SMOLOWE, SBN 263012
Email: laura.smolowe@mto.com
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9262
Facsimile: (213) 683-5162

Attorneys for Plaintiff Alejandra Solana

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE CHLUBNA et al. | Case No. CV 09-5046-GW(Ex) |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| vs. | |
| CITY OF SANTA MONICA et al. | |
| Defendants. | |

10742970.1                                    [Proposed] Order Dismissing Case

# ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41, and good cause appearing therefor, IT IS HEREBY ORDERED that this action be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 24, 2010          By: _____
                                 Honorable George H. Wu